# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| ELEANOR O. FRANKE, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. _____ |
| | ) | |
| vs. | ) | |
| | ) | |
| NICHOLAS A. FRANKE, an individual, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

COMES NOW Defendant Nicholas A. Franke ("Nicholas") and hereby files his Notice of Removal of the action filed against him in the Circuit Court for St. Louis County, Missouri, Case Number 17SL-DR01894 ("Removed Action")  pursuant to 28 U.S.C. §§1441 and 1332 and the following:

1.      Nicholas is an individual that is a citizen of the State of California, and resides within that state.

2.      The Plaintiff in the Removed Action is an individual that is a citizen of the State of Florida, and resides within that state.

3.      There exists complete diversity of citizenship between the parties in the Removed Action pursuant to 28 U.S.C. §1332(a)(1).

4.      The amount in controversy in the Removed Action exceeds $3.5 million exclusive of interest and costs. The District Court therefore has original jurisdiction over this action based on the diversity of citizenship and amount in controversy pursuant to 28 U.S.C. §1332.

5.      The Removed Action was determined on November 9, 2017 to have been served on Nicholas.

6.    A copy of all process, pleadings and other documents in the Removed Action are attached to this Notice as Exhibit 3.

7.    The Notice to State Court of Filing Notice of Removal attached as Exhibit 4 will be promptly filed and served on counsel for Plaintiff in the Removed Action.

WHEREFORE, Defendant Nicholas A. Franke hereby removes the Removed Action for further proceedings before this Court.

DATED: November 18, 2017.                    NICHOLAS A. FRANKE
                                             Defendant


                                             _/s/ Nicholas A. Franke_____
                                             Nicholas A. Franke    # 37402MO
                                             1101 East Avenue #104
                                             Burbank, California 91504
                                             (818) 562-7281 (Telephone)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was served upon the

following by: ___X  U.S. mail, postage prepaid; _____ via e-mail; _____ via facsimile;

on this 18th day of November, 2017:

Counsel for Plaintiff
Patrick W. Pedano
702 Spirit 40 Park Drive
Suite 107
Chesterfield, Mo 63005


                    */s/    Nicholas A. Franke     .*